Taylor v. Gregg.

JOHN TAYLOR v. GEORGE J. GREGG, SURVIVING PARTNER, &c.

A party cannot complain of the ruling of the court, upon his plea in abatement, if he has afterwards confessed judgment.

ERROR from Leon.   Tried below before the Hon. John Gregg.   The facts are stated in the opinion.

*J. A.* and *R. Green,* and *Barziza* and *Gould,* for defendant in error.

ROBERTS, J.   There was a plea in abatement overruled, and afterwards a plea to the merits, and a confession of judgment with a stay of execution.   The ruling of the court on the plea in abatement was excepted to, and is now assigned as error. The confession of judgment waived the errors, if any, in the precedent action of the court; and the judgment, having been rendered in pursuance to the terms of the agreement of the parties, filed in court, it must be held to be conclusive.   (Hart. Dig. Art. 771.)   Judgment is affirmed with damages.

Affirmed with damages.